JS-6

Stephen M. Doniger, Esq. (SBN 179314)
Email: stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
**DONIGER / BURROUGHS, APC**
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile:   (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>MANGEL STORES CORP., a New York Corporation; CONCEPTS BY MALCOLM, INC., a New York Corporation; ROSS STORES, INC. independently and d/b/a DD'S DISCOUNTS, a Delaware Corporation; RAINBOW USA, INC., a California Corporation; JOYCE LESLIE, INC., a New Jersey Corporation; LOUISE PARIS, LTD., a New York Corporation; VANITY; and DOES 1 through 10,<br><br>Defendants. | Case No.:  CV 09-4438 VBF (JCx)<br>*Honorable Valerie B. Fairbank Presiding*<br><br>ORDER ON STIPULATION FOR DISMISSAL OF ACTION |

1  Having reviewed the stipulation for dismissal filed by and between the
2  remaining parties in this case and finding good cause thereon, it is Ordered that:
3      1. The remainder of this action is to be dismissed with prejudice, and
4      2. Each party is to bear its own attorneys' fees and costs incurred in this
5         matter.

7  <u>SO ORDERED.</u>

8  Dated: September 9, 2010     *Valerie Baker Fairbank*
9                                HON. VALERIE B. FAIRBANK
10                               U.S. District Court Judge